# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**EDWARD J. KING,**

      **Plaintiff,**

**v.**         Case No.:  2:15-cv-2225
       JUDGE GEORGE C. SMITH
       Magistrate Judge Jolson

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the Magistrate Judge on June 22, 2016.  The time for filing objections has passed, and no objections have been filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS** the *Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **OVERRULED** and final judgment shall be entered in favor of the Commissioner of Social Security.

The Clerk shall remove Document 19 from the Court's pending motions list and enter final judgment in favor of Defendant.

      **IT IS SO ORDERED.**

      */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**